Case 1:25-mj-00078-GMH    Document 1-

Case: 1:25-mj-00078
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/8/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On or about April 30, 2025, members of the Metropolitan Police Department's (MPD) Robbery Suppression Unit (RSU) were operating during a late afternoon/evening tour of duty, utilizing unmarked police cruisers fully equipped with emergency equipment, in plain clothes wearing tactical vests with the word "POLICE" written on the front, and fully equipped with body-worn cameras. ███████████ along with several other officers were conducting proactive patrol on the 4500 Block of Clay St NE, Washington, D.C. 20019.

At around 4:15 PM, RSU officers observed Christopher GREEN (hereinafter referenced as GREEN), holding a clear plastic cup containing a liquid consistent with alcohol on the public sidewalk. Officers could smell an alcoholic odor emanating from the clear plastic cup. GREEN was arrested for possession of an open container of alcohol. During the search incident to arrest, officers searched a black satchel that GREEN wore across his chest. *See Figure 1.*



*Figure 1: GREEN with Plastic Cup and Black Satchel*

In the search, officers found a black semi-automatic pistol Springfield Armory XD5 .45 caliber with the serial number AT45514. *See Figure 2, 3.* The firearm had one round in the chamber and eight rounds of ammunition inside the feeding device. *See Figure 4.*



*Figure 2: Firearm Found in Satchel (indicated with red circle)*



*Figure 3: Firearm Found in Satchel*



*Figure 4: Firearm, Magazine, and Ammunition*

Your affiant is aware no firearms or ammunition is manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

GREEN's identity was confirmed DOB: ▬▬▬▬▬, through a WALES/NCIC check. GREEN was found guilty of carrying a pistol without a license in case number 2016-CF2-020884. GREEN also has an active warrant for illegal possession of a firearm warrant in case number CT220377X signed out on November 27, 2024, out of Prince George's County, Maryland. Accordingly, GREEN would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he possessed this firearm and ammunition. Officers determined that GREEN did not have a license to carry or own a gun in Washington, D.C.

Respectfully Submitted,



Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 8, 2025.

_____
Judge G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE